# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

THOMAS AND JACQUILYNN MILLER, : No. 248 MAL 2014

            Petitioners : Petition for Allowance of Appeal from the
: Order of the Superior Court

       v. :

HOLY SPIRIT HOSPITAL & HEALTH SYSTEM, :

           Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.